**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7475**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

KENNETH BRUCE KROHN,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:77-cr-00162-LO-1)

Submitted:  June 30, 2010              Decided:  July 29, 2010

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Bruce Krohn, Appellant Pro Se.  Mary Walters, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Bruce Krohn appeals the district court's orders denying his petition for writ of error coram nobis and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Krohn, No. 1:77-cr-00162-LO-1 (E.D. Va. filed & entered Apr. 7, 2008; filed June 9, 2008 & entered June 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED